**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, STEVEN L. KLIEGMAN**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN L. KLIEGMAN,** | **Case No. C-09-00006 NJV** |
| **Plaintiff,** | **STIPULATED MOTION FOR** |
| **v.** | **ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 PURSUANT TO** |
| **COUNTY OF HUMBOLDT, a public entity, and DOES ONE to FIFTY, inclusive,** | **GENERAL ORDER 56 AND LOCAL RULE 7-11** |
| **Defendants.** | |

Comes now Plaintiff and Defendant, by and through the counsel and submit the following Stipulated Motion for Administrative Relief from General Order 56.

### DISCUSSION

This is an Americans with Disabilities Act Title III case.  General Order 56 requires, inter alia, the parties meet and confer on the subject property, conduct a joint inspection, and confer on resolution of the barriers to access.

Pursuant to Disclosures made by Defendant COUNTY OF HUMBOLDT, the subject property falls under a Settlement Agreement between the United States Department of Justice and the County of Humboldt dated July 23, 2008, in which modifications to the subject property were set forth and agreed to be completed by July 23, 2010.

As a result, Plaintiff and Defendant request this matter be relieved from the requirements of General Order 56.

The parties have been discussing settlement and the parties further stipulate Defendant County of Humboldt be granted an extension to answer the complaint until April 3, 2009, in order to ascertain whether this matter can be settled without further expense to the parties.

IT IS SO STIPULATED.

**SINGLETON LAW GROUP**

Dated:        March 24, 2009          /s/ Jason K. Singleton

Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **STEVEN L. KLIEGMAN**

**MITCHELL, BRISSO, DELANEY & VRIEZE**

Dated:        March 24, 2009          /s/ William F. Mitchell

William F. Mitchell, Attorneys for Defendant ,
**COUNTY OF HUMBOLDT**

**ORDER**

Based on the foregoing stipulation, the parties are relieved at this time from the requirements of General Order 56 subject to the court's reinstatement of the requirements of General Order 56 if deemed appropriate by the court. Defendant shall file an answer on or before April 3, 2009.

Dated: March 30, 2009

NANDOR J. VADAS
United States Magistrate Judge