**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, STEVEN L. KLIEGMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. KLIEGMAN,<br><br>　　　Plaintiff,<br>v.<br><br>COUNTY OF HUMBOLDT, a public entity, and DOES ONE to FIFTY, inclusive,<br><br>　　　Defendants. | Case No. C-09-00006 NJV<br><br>STIPULATION TO CONTINUE MOTION TO WITHDRAW AS ATTORNEY OF RECORD (~~proposed~~) ORDER<br><br>DATE:  October 20, 2009<br>TIME:  1:00 P.M.<br>CTRM:  205A, 2nd Floor<br>　　　514 H Street, Eureka, CA<br><br>NEW DATE:  December 1, 2009<br>NEW TIME:  2:00 P.M. |

　　Comes now Plaintiff and Defendant, by and through the counsel and Stipulate to continue Plaintiff's counsel's Motion to Withdraw as attorney of record from October 20, 2009, at 1:00 p.m., to **December 1, 2009, at 2:00 p.m.** in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, California. Plaintiff's counsel has a conflict in scheduling and must be out of the state the week of October 19-23, 2009.

　　IT IS SO STIPULATED.

　　　　　　　　　　　　　　　　　　　　　**SINGLETON LAW GROUP**

Dated:　　October 13, 2009　　　　　/s/ Jason K. Singleton
　　　　　　　　　　　　　　　　　　　　　Jason K. Singleton,
　　　　　　　　　　　　　　　　　　　　　Richard E. Grabowski, Attorneys for
　　　　　　　　　　　　　　　　　　　　　Plaintiff, **STEVEN L. KLIEGMAN**

**MITCHELL, BRISSO, DELANEY & VRIEZE**

Dated:	October 13, 2009	/s/ Paul Brisso
	Paul Brisso, Attorneys for Defendant,
	**COUNTY OF HUMBOLDT**

**ORDER**

Based on the foregoing stipulation, Plaintiff's Motion to Withdraw as Attorney of Record is continued to December 1, 2009, at 2:00 p.m.  Plaintiff's counsel shall serve a copy of this order on Plaintiff.

Dated:	10/20/09	_____
	**NANDOR J. VADAS**
	United States Magistrate Judge