**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

Attorney for Plaintiff, STEVEN L. KLIEGMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. KLIEGMAN,<br><br>    Plaintiff,<br>v.<br><br>COUNTY OF HUMBOLDT, a public entity, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C-09-00006 NJV<br><br>~~(proposed)~~ ORDER ALLOWING PLAINTIFF'S COUNSEL TO WITHDRAW FROM REPRESENTATION |

The motion of Plaintiff's Counsel to withdraw from representation of Plaintiff having come on for hearing before the Court on October 20, 2009, the Court orders as follows:

1.  Counsel Jason K. Singleton and the Singleton Law Group is hereby allowed to withdraw as counsel of record for Plaintiff Steven L. Kliegman;

2.  Plaintiff STEVEN L. KLIEGMAN shall file a notice of representation by new counsel or intent to act in pro per within 30 days of issuance of this order and Jason K. Singleton shall continue to receive any court notices or communications until such time as Plaintiff files his notice of representation.

**IT IS SO ORDERED.**

Dated: 12/1/09

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE