**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| STEVEN L. KLIEGMAN, | No. CV 09-0006 NJV |
| Plaintiff, | **ORDER RELIEVING COUNSEL FOR PLAINTIFF AND SUBSTITUTING PLAINTIFF IN PRO PER** |
| v. | |
| COUNTY OF HUMBOLDT, | |
| Defendant. | |

On December 7, 2009, the Court granted Jason K. Singleton's and the Singleton Law Group's motion to withdraw as counsel for Plaintiff. (Doc. No. 22)  Plaintiff was instructed to file a notice of representation by new counsel or a notice of intent to act in *propria persona* ("pro per" or "pro se") within 30 days. Plaintiff failed to file his notice. Since the Court's withdrawal order, Plaintiff Steven L. Kliegman appeared pro per at the March 16, 2010 case status conference (Doc. No. 28), which the Court interprets as Plaintiff's notice of his intent to proceed pro per. *See* Civil L.R. 11-5(b).

Steven L. Kliegman is hereby substituted in pro per in place of the Singleton Law Group and its attorneys. Plaintiff Kliegman should be aware that although he is now representing himself in this action, he nevertheless is obligated to follow the same rules as represented parties. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir.1987).  It is Plaintiff Kliegman's responsibility to prosecute his action.  Service upon Plaintiff Kliegman shall be made directly to him at the following address: Steven L. Kliegman, P. O. Box 204, Piercy, CA 95587.  He must keep the Court informed of any change of address and serve copies of all court filings on all other parties.  All paper filings should be mailed to the Clerk's office in San Francisco:  Clerk, U.S. District Court, 450 Golden Gate

Avenue, 16th Floor, San Francisco, CA 94102. Failure to comply with any of these requirements may result in the imposition of sanctions, up to and including the entry of a judgment against him and/or dismissal of his complaint.

**IT IS SO ORDERED.**

Dated: May 17, 2010

NANDOR J. VADAS
United States Magistrate Judge

2