**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| STEVEN L. KLIEGMAN,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF HUMBOLDT,<br><br>         Defendant.<br>_____ / | No. CV 09-0006 NJV<br><br>**ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br>(Docket No. 29) |

On April 15, 2010, Defendant County of Humboldt filed a motion for judgment on the pleadings.  (Doc. No. 29)  Under the civil local rules and as ordered by the Court at the March 16, 2010 case status conference, Plaintiff's response was due on April 29, 2010.  (Doc. No. 28)  Plaintiff, who is now proceeding pro se, has not filed his response and it is now eighteen (18) days late.  The Court orders Plaintiff to file his response by Monday, May 24, 2010.  Defendant's reply is due seven (7) days after Plaintiff's response is filed.  The Court will interpret Plaintiff's failure to respond as his non-opposition to Defendant's motion.

The Court further instructs Plaintiff that all paper filings should be mailed to the Clerk's office in San Francisco:  Clerk, U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: May 17, 2010

NANDOR J. VADAS
United States Magistrate Judge